

RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2016

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-0089 |
|---|---|
| VERSUS | JUDGE MINALDI |
| RON JAMES LANDRY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Ron James Landry, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Ron James Landry, is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE